All right, first case we're going to hear this morning the United States versus Pittman and this is That laddie is it three syllables or two? It's rattle a rattle a I'm sorry Thank you May It please the court, my name is Heather rattle aid and I'm here on behalf of the defendant appellate Charles Pittman It is an unconstitutional exercise of Congress's power to prescribe the arson of a city-owned landmark When it is not used in any commercial activity when it was not used in any activity affecting interstate commerce When it did not benefit from any federal funding by acquisition maintenance Nor renovation it was not occupied nor used by an organization or agency Primarily funded by the federal government and it's never been utilized by an organization to effectuate a national program The spending property and necessary and proper clauses give Congress the power to enact laws to ensure recipients or beneficiaries of federal funding use those funds as Intended to prevent waste and fraud to move to promote the general welfare of the nation or to protect some actual and substantial property interest of the federal government Since none of those interests are implicated in this case There's simply no legitimate rational basis for the federal government to encroach upon the state's general police power Mr. Pittman therefore appraised this court will remand and instruct the lower court to dismiss with prejudice So can I ask you a special question about what your argument is is your argument that? The statute should not be construed to cover my clients conduct because that would be unconstitutional And so the statute doesn't cover him or are you conceding the statute covers him and arguing the statute is Unconstitutional as applied to him. It is unconstitutional as applied to him so that okay, but that seems like an important Concession because there's arguments in your brief that sound and we shouldn't construe the statute as to apply to him But now are you conceding that the statute does in fact apply to him? I'm Saying the statute as it is applied to him in this case given the concept Okay, so that at that point things like the rule of lenity and I'll go out the window because those are those are cannons for Construing the statute, but if we assume the statute applies to him, then we're not talking about cannons of construction or anything like that Well, if you look in Lopez and you look in Bass and you look in bond When you when you are looking not only to the construction of the statute and whether or not that construction as applied to the defendant Then the interpretive cannons do come into play as just well I know that that's why I think it's a really important question whether your argument is that properly construed including all these Constitutional avoidance considerations that the statute does not apply to him sort of like with the First Circuit I'm sort of adopting the First Circuit's gloss on the statute, but that's a statutory construction holding That's not a constitutional holding and I guess I'll just preface that I don't understand how by pleading guilty a defendant doesn't waive the argument that the statute properly construed does not apply to me I think I understand under class. You don't waive a constitutional challenge You can always say this statute is unconstitutional but I don't understand how you can plead guilty and Then say even though I pleaded guilty to violating the statute the statute properly construed doesn't apply to me I I am saying that the statute is unconstitutional as it's applied in this case and Under class that issue is not waived when you read the plain language of his plea waiver And that's because there's nothing that he necessarily admitted to as part of the plea That would make the statute is that how we so class is a case where the defendant is arguing this statute isn't Constitutional really has applied to anybody on earth, right? Like that there's or Lopez is a great example of that The defendant Lopez doesn't say the statute is unconstitutional as applied to me. He says this statute is unconstitutional as applied to anybody But you're sort of making the next order because you don't you don't argue this statute is unconstitutional as applied to any arson, right? You agree. There's all kinds of arsons This statute is perfectly constitutional as applied to you But your argument is that there's nothing that my client admitted to during his plea agreement that makes the statute Constitutional as applied to him. That's the argument Correct. Okay Um The guilty plea didn't bar this particular challenge because he didn't make any admissions that are in so good classes language That's like challenging the guilt. We're not challenging whether he's guilty or the facts of his guilt at this point We're challenging the constitutionality of this statute as it's applied to mr. Pittman Well, then you went right to the spending clause, um, can I ask you about that why doesn't sobriety just Pretty badly cut against your argument that this couldn't be sustained under the spending and necessary and proper clauses Sobriety was a case about that challenged the applicability of or 18 USC 666 as it is applied to a developer in that case. He had tried to bribe a councilman the spending clause That the u.s I'm sorry, the Supreme Court held that that statute as applied in that case was certainly constitutional because The power the government had the power to make sure there was no waste and That corrupt officials didn't misuse federal funds However, those funds would be I think the court specifically said that To ensure that federal funds are not frittered away and graft on projects undermined when funds are siphoned off or corrupt Public officers are derelict in demanding value for dollars. This case is different because This it really turns on the city of Fayetteville, right? Just take the language from sobriety that talks about how money is fungible and I have to spend money on X I can't spend money on Y and just say okay So if someone burns down the market house the city of Fayetteville has to spend money to deal with that which means money that the city of Fayetteville would otherwise spend in other Things that now can't spend on other things which means the federal dollar is gonna go less far It just seemed like the sort of rationale of sobriety seems to just apply here to me First the government's fungibility arguments to justify applying 844 F to mr. Pitt misconduct It's fun. They're fundamentally flawed for three key reasons first the city is More so a conduit of federal funds rather than a beneficiary Fayetteville acts as a conduit for the federal grants not a direct beneficiary beneficiary Less than 1% of the city's operating budget comes from federal grants most of that money benefits private citizens or nonprofits public or private nonprofits some of those public nonprofits or our agencies of the city of Fayetteville such as The Fayetteville Housing Authority or the Piedmont water company Agencies include the Police Department the Economic Development Department The airport under the Hurson rationale Fayetteville does not meet the city of Fayetteville as a whole doesn't meet the definition of an organization receiving federal financial assistance This is now an argument the statute doesn't apply to my client, which I thought we agreed you've basically forfeited by pleading guilty I Haven't agreed to that Well, I thought you just did. I'm sorry. I thought we had a constitutional claim in other words if Fayetteville's not an organization or an institution it seems to me that you made that in your brief, but Number one he pled guilty to it, but number two Fayetteville is a North Carolina corporation it's a it's a municipal corporation and It is whether that gets you very far Especially when you pled guilty to the statute Correct. I thought you were focusing you agreed to focus and Couch your argument only on the constitutional claim yes, sir Well to the extent we are not challenging he's not challenging the facts of his guilt, that's it's not an issue It's it's the interpretation of the statute It is the indictment is in this case and doesn't the indictment allege that Fayetteville is an organization under the statute Yes, didn't he plead guilty yes, so it doesn't that mean he admits that Fayetteville is an organization under the statute Yes Next even if Fayetteville is an organization under the statute there are absolutely no federal funds Tied to the market house the city of Fayetteville has never received federal funds for the market house It's never it has never used the market house to carry Doesn't that Overlook the fact that funds are fungible that federal funds Fayetteville clearly receives federal funds and the traditional notion as a condition of receiving them the federal government gets to do some regulation Exactly Congress does it they don't have to accept those funds which But they did accept those funds and Congress said anybody receives our funds Has to comply with the provisions of section 666 or in this case section 844 Which which goes to the third argument the limited scope of federal grant money federal grant funds are earmarked for specific Purposes and misuse of those funds carries financial and criminal penalties And if we want to go back and look at the cyber case what's so important about that is when you when you look at? the definitions or the first section of cyber Think it's six six six eight one and you if you were to construe that in par material I don't think they they treat the law treats the city as a sovereign the state and its agencies is a sovereign But the cities are municipal corporations Are treated differently Generally yes that that's that's true. I think when you look at 666 What's really important? Is that Congress specifically said that? An agent of an organization an agent of a state or local or tribal government or agency thereof so even even if Congress recognized that the local government didn't fall under the term organization in In six six six, but but going back To the The Constitutionality of this it's very important this court looks at the clear statement rule because if we're going to look at the Constitutionality of the statute for the birth the federal government to encroach on the state's police power here It's it's critical that we look at Congress's intent and what is clear from the legislative record is that they Explicitly intended it to apply the fires the damaged property owned possessed released to the United States or federally funded organizations or institutions and The section The house report also goes on to say Such as universities hospitals police stations. They did not clearly and explicitly say that this this Applies to an entire city the police station itself is an agency of the city So if he had set a police car on fire given the amount of federal funding that goes towards police departments Yes You could prosecute this case and even if you look at every single case that is cited by the government in their brief and my brief All of those properties have a federal interest They are either it's either a Planned Parenthood building which the court found was an instrumentality of the state It's a house. It's funded with section 8. Is this covered by the National Historical Preservation Act? the National Historical Preservation Act That argument also fails. My question is is this covered by it is this property covered by the act? I'm not as familiar with the National Preservation Act, but the National Historic Landmark Registry that it is the National Historical Preservation Act I'm sorry Isn't it the National Historic Preservation Act that's involved here? Yes And it's listed on a registry which essentially in if you in if you read that's actually have the right to enact Provisions necessary and proper to give effect to that act however, the National Parks Mission page specifically states that the federal government is not Pre-empting any state law with regard to those properties and it explains that most of those National Historic Landmarks are quote owned by private citizens organizations corporations Federal state or local governments federal the federal government owns Fewer than 4% the laws that govern those property rights still apply To Landmarks, however, the designation of a property as a historic landmark does not give ownership to the federal government Nor authority to regulate anything with regard to that building. The act is just to preserve historical Properties and this particular property is covered by that act and it seems to me Congress could enact statutes To give effect to that act Congress Congress can't we have to go back to what is the federal interest here? Is there a federal interest for them to where whereas Jones versus the United States clearly says that arson is a quintessential crime? Are you arguing that the National Historical Preservation Act is unconstitutional? No, I'm not. Okay. Well if the act is in on the books and this is registered under that act Doesn't Congress have authority under its necessary and proper cause to get to Protect that property with various statutes of different kinds including a statute not to destroy the property or damage it They can but that's not the intent of why this statute was passed number one, but number two that They can't control what happens to that property that fable could decide to sell it in fact, there have been there been many meetings about whether to move that to a Museum instead of where it is now given the history of that building But Congress and the federal government can't control what Fayetteville does with that market house or any Landmark that it owns or any landmark that you may own or the daughters of the Confederacy may own Anything else The Last point Quickly is Congress explicitly explains what? The purpose of this statute was was for and it was to Allow the federal government to be involved when there was some Substantial interest of the federal government and they named it's fallen from the ROTC bombing I think at the University of Wisconsin in and but when you go back and you look at all of the cases throughout That this government has cited all of those properties have a federal interest whether it receives section 8 funding Whether it was Planned Parenthood risk that 40% of their budget comes from the federal government Whether it was a police department or sheriff's department or courthouse wait that house Why don't we have you continue on your rebuttal? I see you. I'm sorry over time. I'm sorry You've got five minutes. We'll have your back Mr. Brighton May it please the court. I'm David Bragdon and I represent the United States on the constitutional issue There are two bases for for why this is within constitutional Congress's constitutional powers one is is under the spending clause and necessary proper clause and The second is the necessary proper clause as to it being a national historic monument The two cases that I think are the most relevant on the on the spending clause necessary proper clause or Comstock and Sabri Comstock because it sets out the general standard for looking at whether or not something is necessary and proper and I'd like to just point to a couple things in that regard You the the standard is Whether the the law is a means that is rationally related to the implementation of a constitutionally allowed power of Congress So is it is this law rationally related to Congress's spending clause and in Comstock the court? specifically said We give Congress a lot of deference in that and so we're not going to as long as it's intended for that purpose We're not going to second-guess the means or the connection of the means Sabri Then is an application of that principle to the spending clause and In Sabri, there was this question of well, okay Here, you know, what if the money isn't related to federal funds what if the bribery or the corruption that's being dealt with is not connected with federal funds and They said no Congress has power to go beyond that it can look at because Corruption money money's fungible and it's going to affect across the different kinds of money involved And so it's not we're not limited in that way. And I think the application here is very similar in That you have this You have Fayetteville receiving a lot of federal funds My colleague identified some of the different areas, but there's there's a lot of areas. There's some attachment in the record to that effect and but if if if Their buildings are burned if their things are burned Even if they're not the ones that specifically received federal funds that is certainly going to affect Fayetteville's ability to carry out The various objectives and goals Congress. What does that mean? Government federal government is not here to make sure that the city has enough funds to operate That's state of North Carolina. The question is what funds that they're funding. They don't use any funds to fund the market house None of no funds were given for this to build it to maintain it at all, correct There were funds allocated, but they were never actually spent so twice funds were allocated a long ago was that Actually fiscal year 2020 so during the time period of the of the burning funds were allocated There's nothing and no money was spent. The money was not spent. That's correct, right? Yeah, and this back to this case doesn't implicate any question about fraud or abuse. Does it? This is a different situation than fraud very different situation This situation where building is not no funds. No federal funds were used At all. No question about any fraud And you're saying this statute is broad enough to cover cover Anyone who is any organization that receives federal funds without any connection to fraud nor the building itself? Or the property itself, correct. That's your position is the court asking me about statue. I'm asking you. No, I'm asking you Yeah, yeah, we're constitutional question. Okay. Yeah Yes, we do think it's broad enough your honor But then if it's broad enough to do that, then that would also include for example church property would be included to it Correct. If the church received funds For example some churches any nonprofit organization that received federal funding. Yes, your honor So that means that in any property, right? Yes, your honor and without any restrictions of the amount of cost or the value of the property, correct? Yes, your honor. So that means that so for example, you had an organization that received federal funds And they were having an event and they put up paper signs and said don't park here on Tuesday because we have an event And the person is angry about it because they normally park there and they take their lighter and light it up That's a federal crime, right? So, I think you're talking about burning the sign yeah, it's their property Because there's no limitation of a male that that may be covered your honor No, maybe no wouldn't it be covered based on your interpretation of the statute? I believe so But the court looks at the constitutional issue as applied and we're not saying that every single application of this statute is necessarily Constitutional what we're looking at today is is this application of the statute constitutional? Fayetteville received Why do you temper it like that? The statute is unqualified any organization that receives federal funding? Property of any organization is protected in other by a federal law I agree that it's covered by and and the link is that the organization receives the funding not that a particular property receives it and We have tons of federal Statutes governing situations where there's federal spending People don't have to receive it, but if a church receives federal funding it knows that it's going to be subject to That's Right, you're that's not the question here whether or not they they're subject to regulation. This is a criminal statute This is a criminal statute and a question of what they're trying to do is to use the normal conventions to Otherwise do what's the state crimes and make them federal crime, which is normally through interstate commerce or spending? That's the question it's not whether or not they may be subject certainly if you receive federal funds and you Providing health care you're gonna be subject to federal regulations of providing that health care This is not that question the case is you're saying it just because the city of Fayetteville receives federal fund It doesn't matter whether there's any connect Connection to spending on this property at all It's just this is omnibus and you can just go in and federal come because there's anything to prevent the state from prosecuting This crime is just an arson The state could have prosecuted the crime as well. And and in fact the law that creates this federal crime Specifically says it's not superseding state's abilities to prosecute, you know these crimes on their own So so certainly So there's really no need for the federal government here to really do this. There's other words you select When you clearly select what you you don't do it based on whether or not you could say we only use this when we pay For the property destroyed, but you don't you can use it For example, like I suggested you I guess you conceded that sometimes the application judge Near my say would say you shouldn't do that But I think you have a right to government to see what you want But it makes sense to me to concede some of it, but you You say that this you can get federal jurisdictions solely because the city Receives federal funds without any connection to the property without any connection to fraud at all Or conspiracy and that was the whole idea If you look at the legislative history was to try to get an organized crime and things like that But that was the way to get there they've been nothing, you know, sort of getting into the tent But once you do it, this was a protest based on what in this case didn't talk But it was based on it was Floyd in the aftermath George Floyd to meet his killing. Yeah, Minnesota. Yeah, it was a news and government was following that there were protests They got a prosecuted the case under this statute, right? Yes, your honor, okay, and and this statute was was actually passed the bombing portion of it relating to buildings on college campuses being bombed in Related to the Vietnam War and so there were these ROTC buildings and and if you look at the legislative history They talk about we want to protect these buildings that receive federal funds and other buildings on campus It makes sense because the builders will use the federal funds to build them No a lot of these buildings that there was it said these buildings and other buildings and so even from the Legislative history. It's clear that they want to protect these colleges college buildings They want the ability for the federal government to assist the states in the investigation I think there was a vision that there would be federal resources to be able to look into these things And there's certainly going to be times when the state and federal interests are not completely aligned and so Congress has the ability to protect the organizations that it funds and If if an organization you gave the example of a church, right? let's say money is provided for the for the church to be able to To send you know to do certain service operate a soup kitchen or adoption services Yeah, operate a soup kitchen or adoption services if the church building gets burned down That very well may affect their ability to perform those services And so Congress is it's not it's not just Arbitrarily saying hey don't do anything. We just want to add these extra rules It's adding rules that helps its funds to be used for the purposes. They're intended and Forfeiture, what's that? Can I ask you about forfeiture the strike? Okay, so let's see if I can get some agree You you agree that under class He's allowed to make some sort of constitutional challenges the fact that he pleads guilty doesn't take those away, right? And I would say that I would say we did not assert the appellate waiver in the plea agreement here And so I don't want to foreclose that kind of argument later Sure, certainly as the plea with the appellate waiver seems different than the argument rejected in class The argument rejected in class is like there's just something inconsistent about saying. Yes, I did it and then arguing actually you can't prosecute me We agree the class deals with that Okay, so but you argue that it's forfeited because he didn't make a timely motion to dismiss the indictment I will confess I find this area really confusing because Like how forfeiture rules work in this context because you agree that at I think it was the bail The initial appearance he did raise arguments that sound kind of like the arguments he's making now Yes, he he raised that concern as a reason to oppose bail Have you asked have you encountered I I mean, this is a genuine question because I'm not are you aware of any cases that confront? That kind of situation and ask whether it's forfeited Because I'm not sure I was able to find anything particularly aware of a specific case But I will say the Fourth Circuit has cases And I think in Ray sealed case is one of them where where it talks about the objection needing to be specific And so I think if you raise a point as an argument of why I should be released. That's very different from Making a move that I should his argument was I should be released because properly construed I didn't violate the statute right like it wasn't I should be released because I'm not a danger. I'm not a flight risk I mean his argument why he should be released is because you can't prosecute me for doing this Absolutely, but he never followed up that with a motion to dismiss and so there was never a point Where the court thought okay, he clearly thinks that that this Statute is beyond the constitutional power or its or his conduct is beyond the I guess I mean, I guess a part of the argument of forfeiture rules is given you're not allowed to basically Sandbag district courts by asking us to reverse based on something you never asked the district court to do and I guess you could say Well, he never asked the district court to dismiss the indictment So the district court had no occasion to decide whether to dismiss the indictment I think that's absolutely right. The other thing I'll add to that your honor Just as a practical standpoint is the detention hearings are heard before magistrate judges When they're not appealed the transcript is never is never made. And so this the the district court judge likely Wouldn't have even necessarily known of this argument that was made before the magistrate judge So I think that's another argument for why it would not can I ask you somebody to judge name? I under what grant of article 1 authority did Congress pass the National Historic Reservation Preservation Act. I Think it's it's not clear. Right? There's a couple of things that I'll say I think the the stat part I believe there's a statutory reference to the Commerce Clause in there the legislative history But the but the act clearly covers some buildings that don't affect interstate Congress Well that the act it covers a variety of different things, right? so certainly some things are covered by Commerce Clause other aspects are covered by property the Legislative history mentions the property clause specifically I did not see anything that mentions the spending clause But given that Congress is specifically referencing the receipt of federal funds I think it's fairly clear that they intended at least that portion to be under their their spending power but more importantly The Supreme Court has held that when you're cons when it's an issue of constitutional power The court looks at whether or not the power exists not whether or not Congress specifically identified. Oh, no, I agree I think Sibelius just says that but but I there is the question under what power they passed this act in the first place. I I don't have a clear answer to that. I see a couple things in the record I don't see if specific reference under what grant of authority they could pass an act like this regardless of whether it's the one they specifically relied on Yeah, so so is your position that just being designated as a historic Landmark alone is enough with jurisdiction on the spending power Other words no funding at all. It's just you're on a register It just gives you clout. Do you think that's enough? Yes government's clout Yes, the statute it has no limit It's just as broad as it can be normally people who normally defend federalism We jump it up and down, but I mean this basically is a incredible reach Just because you said okay A lot of times private people said all this council said on these properties I said we want to make this designated because it was 100 years old it was antebellum And then you said okay, you're on the list you're antebellum And I'll help you that gives you jurisdiction for the spending clause just because you designated that no money being spent We're going far foot. I mean How what the limit what and the whole I thought the whole idea about this situation Is that the federal government is a limited government in a federal system and? Statue this this gives what 20 years in prison They kind of think potentially right I? Believe that that and you're saying that just by Burning up a piece of paper for example in a an organization that receives funds when they have a parking sign Or you said That that gives you 20 years in prison a federal crime Because there's no limit a because you jump to well if you burn down a church certainly if you burn down a church Maybe the overall, but it's not that is every flyer They might have they might be carrying their message along and you burn their flyer up That flyer belongs to them and you destroy it that fire the that right that would be included in the statute It would be included your honor my 20 years in prison for that it would be a closer Constitutional question in my opinion. I think in this case yes The statute is that broad when we look at the constitutionality of it. We look at it as applied We don't look at the hypothetical flyer. We look at the city of Fayetteville receiving 20 million dollars We look at it received more money from the federal government than it received from the state government It's money was a mix of federal state and local, but it received more money from federal than state You have a building that was a National Historic Landmark Nobody has challenged that law the creation of National Historic Landmarks And so I think in these circumstances is it is constitutional I I would I would write a completely different reason. Yeah, you're blurring the issues. I think If if the Preservation Act is not being challenged here. We don't have a constitutional question we basically have the question of whether Congress has the authority to give effect to that act by Prohibiting the burning of Something that's on the historical register and the act was clearly designed to protect Buildings on that register Yes, I mean we have not identified the source for the Protection Act And the constitutionality of that act is not being challenged. I agree This I see I'm about out of time does the court have any questions related to the statutory construction questions in this case I'm seeing none. I would I would ask the court to affirm First and foremost the lower court held that mr. Pittman's conduct was Prescribed conduct fell within Congress's power under the Commerce and Necessary and Proper Clauses in doing so he disregarded the Supreme Court's holding in Jones My broadly construed. Why are you going to the Commerce Clause? Well that that was that was a question that that was hard to understand because 844 I Covers property that falls under the Commerce Clause. I can't answer you know his his rationale for that that was but his conclusion Cited some of the other cases including I think the difficult question for you to address is whether Congress has the power to enact a statute that Congress has the power Organization that receives federal funds, that's the qualification receiving federal funds, right? That's that's the qualification as it's applied here. Yes, your honor and under the National Historic Preservation Act Going back to that particular issue It directs federal agencies to take into account the effect of any undertaking that is federally funded So if under this this Preservation Act if somehow the city received Funding from the federal government to renovate restore or preserve that then certainly his conduct would fall It would be constitutional to apply this statute to him But because that property has never received that we're saying it's it's not and if even you look at the Justice Manual in Title 9 of that manual it specifically says that There has to be Quote Absent a specific federal interest The government will not become involved in local matters that can adequately be investigated and prosecuted by Federal by state authorities Well, you still have a couple of minutes. Could I ask you to respond to the government's argument that this is forfeited? Well, I'm it isn't forfeited. I filed an extensive motion to dismiss with extensive briefing. We have an extensive Oral argument and then we had post hearing right when you didn't file a motion to dismiss the indictment within the time prescribed No I know it wasn't let me rephrase The defendant did not file a motion to dismiss the indictment within the time prescribed for filing a motion to dismiss the indictment That's not disputed, right? No, I did not I'm not asking whether you it's your client I understand you came in later But the defendant and there is a there is a deadline for filing a motion to dismiss the indictment The defendant did not file a timely motion to dismiss the indictment. That's undisputed, right? That's true Why isn't that a forfeiture? Because the defendant can raise the question of jurisdiction at any well This is not jurisdiction that we've said that before. Yes. Occasionally the Of it being that's not subject matter jurisdiction you can waive a constitute you can forfeit constitutional arguments people forfeit constitutional arguments literally all the time if you if you read class in the Pattern of class in how that that came about in wind. Yes. No, I agree It's not way that the argument lets you have to answer these questions Court of Appeals the argument in class was that it was waived Right the argument that class rejects is that's waived class does not address the question of whether it is forfeited or and as I recall I'm admittedly trying to remember something I believe the defendant in class did file a motion to dismiss the indictment didn't he he filed a motion to dismiss the indictment It failed and then he pleaded guilty, but he filed a motion to dismiss the indictment Right, we did not file a motion to dismiss I did not become involved until after he had pled guilty, but going back to what what you were talking about before as far as Organizations receiving federal financial assistance if the court looks at her sum and you look at they looked at the meaning of organizations receiving federal financial assistance and they construed that definition in in Relation to the civil rights statutes and they cite Grove City College versus Bell Grove City said hey We we opted out of federal funding to know you know you title nine doesn't apply to us Oh, no So the Supreme Court because the student received federal financial aid and that aid went to pay for her education there so they were a Beneficiary there and then going back to speaking about the buildings and in buildings and being burnt down on college campuses back then College campuses had started receiving federal funding to implement programs on campus, so you know all of those buildings have some Specific federal interest in this case there is none under under the government's arguments the You could prosecute someone for burning a trash can that's owned by the city of Fayetteville Which would seem absurd? Even the government when you gave the church example the government said well sure you could as long as they they implemented some some program That was funded. It's like Soup kitchen well, that's not what we have here. We have a just a landmark that stood alone nothing else no federal funds were ever Appropriated to that landmark are used Thank you. I I notice your court appointed. Is that correct? Yes, your honor. I'd like to recognize your service to the court This is a very important service, and you've done it well, and we'll come down and Greek Council proceed on to the next case Thank you very much You
judges: Paul V. Niemeyer, Roger L. Gregory, Toby J. Heytens